IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>JOHN THOMAS KLITSCH, II and<br>CHRISTINA KLITSCH,<br>      DEBTORS | : <br> : <br> : <br> : | CHAPTER 7<br>BANKRUPTCY NO.: 5-17-bk-01298-JJT<br>[Doc. #61] |
| IN RE:<br>JAIRO J. LOPEZ,<br>      DEBTOR | : <br> : <br> : | CHAPTER 7<br>BANKRUPTCY NO.: 5-17-bk-02270-JJT<br>[Doc. #53] |
| IN RE:<br>ERICKA NICOLE MULLIN,<br>      DEBTOR | : <br> : <br> : | CHAPTER 7<br>BANKRUPTCY NO.: 5-17-bk-02271-JJT<br>[Doc. #47] |
| IN RE:<br>GREGORY J. SHINER,<br>      DEBTOR | : <br> : <br> : | CHAPTER 7<br>BANKRUPTCY NO.: 5-17-bk-03137-JJT<br>[Doc. #45] |
| IN RE:<br>MELISSA M. VALUKEVICH,<br>      DEBTOR | : <br> : <br> : | CHAPTER 7<br>BANKRUPTCY NO.: 5-17-bk-03134-JJT<br>[Doc. #53] |
| IN RE:<br>CAROLINE OULD,<br>      DEBTOR | : <br> : <br> : | CHAPTER 7<br>BANKRUPTCY NO.: 5-17-bk-03143-JJT<br>[Doc. #45] |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| WILLIAM G. SCHWAB, TRUSTEE FOR<br>EACH OF THE ABOVE-NAMED CASES,<br>      MOVANT<br><br>vs.<br><br>KEVIN TANRIBILIR, UPRIGHT LAW,<br>JASON R. ALLEN, LAW SOLUTIONS<br>CHICAGO LLC, LAW SOLUTIONS LLP<br>and UPRIGHT LAW LLC,<br>      RESPONDENTS | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | {**Nature of Proceeding**: Opinion re: Motion for Section 105 Sanctions and Disgorge Counsel Fees} |

# TECHNICAL CORRECTION TO OPINION
# FILED JUNE 13, 2018

The Opinion of this Court filed June 13, 2018, and which can be found at *In re Klitsch*, 587 B.R. 287 (Bkrtcy. M.D.Pa. 2018), shall be corrected as follows:

The sentence "The Judicial Code of Conduct, Canon 4.A.(5) requires that I take

appropriate action which, in this case, compels a referral to the United States Attorney for the District." located on page 11, lines 1 through 3 of the written Opinion, (*In re Klitsch*, 587 B.R. at 295), shall be changed to read "The Judicial Code of Conduct, Canon 3.B.(5) requires that I take appropriate action which, in this case, compels a referral to the United States Attorney for the District."

By the Court,

John J. Thomas, Bankruptcy Judge (CMP)

Date: October 31, 2018